AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-CV-00954-WMS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>city of buffalo</u> was received by me on *(date)* <u>09/02/2021</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Janet Poydock</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>city of buffalo</u> on *(date)* <u>Thu, Sep 02 2021</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 09/02/2021

_____
*Server's signature*

Gabriel Williams
_____
*Printed name and title*

1260 Delaware Ave. Buffalo NY 14209
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Sep 2, 2021, 3:29 pm EDT at 65 NIAGARA SQ, BUFFALO, NY 14202-3300 Summons & Complaint received by Janet Poydock for city of buffalo. Age: 40; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'9"; Hair: Brown; Eyes: Brown; Relationship: Legal; Other:  legal accepted the documents ;