# *SIVIN, MILLER & ROCHE LLP*

Attorneys at Law
20 Vesey Street
Suite 1400
New York, New York 10007

**Glenn D. Miller**
**Edward Sivin***
**David Roche**
--------------

*also member of NJ Bar

**Phone: (212) 349-0300**
**Fax:     (212) 406-9462**

January 31, 2024

Hon. Leslie G. Foschio
United States District Court
Western District of New York
2 Niagara Square,
Buffalo, NY 14202

        Re:  Myles Carter v. The City of Buffalo et al.
        Case No. 21-cv-954 (WMS)(LGF)

Your Honor:

    Please accept this letter as a brief status report on the above-referenced matter. The deadline to file dispositive motions passed on January 18, 2024 with no motions having been filed.

    One defendant's deposition – of Defendant State Trooper Arcangel - remains to be conducted and is scheduled for this Friday, February 2, 2024. Otherwise, all discovery has been completed.

        Respectfully,

        */S/ David Roche*
        David Roche

Cc:   Michael Murphy, Esq. (via ECF)
       Anthony Duddy, Esq. (via ECF)