UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------
MYLES CARTER,

        Plaintiff,                                  **STIPULATION OF**
                                                          **SELECTION OF MEDIATOR**

        -vs-                                           **1:21-cv-00954 (wms)**

THE CITY OF BUFFALO, BUFFALO POLICE
OFFICER CHARLAN D. MITCHELL,
JOHN DOE #1-6, Buffalo Police Officers,
NY STATE POLICE SGT. JOSEPH H. KRYWALSKI,
NY STATE POLICE TPR. MICHAEL D. O'BRYAN,
NY STATE POLICE TPR. DANIEL A. BURGESS,

        Defendants.
-----------------------------------------------------------

        IT IS HEREBY STIPULATED AND AGREED, by and between counsel for all parties to this action, that **Michael Menard, Esq.**, has been selected, contacted and agreed to serve as Mediator for this action.

        IT IS FURTHER STIPULATED AND AGREED, in consultation with the Mediator, that the initial mediation session will be held on **May 29, 2024**, at **10:00am** via Zoom.

        IT IS FURTHER STIPULATED AND AGREED, that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conferences bearing in mind the completion of ADR set forth in the Court's Scheduling Order.

Dated: May 2, 2024

_____
By: David Roche, Esq.
*Attorney for the Plaintiff*
20 Vesey Street, Suite 1400
New York, NY 10007

DocuSigned by:
Michael Murphy
58FAA8DD617E405...
_____
By: Michael J. Murphy, Esq.
*Attorney for the Co-defendants*
*NYS Troopers*
80 State Street
Albany, NY 12207

_____
By: Anthony C. Duddy, Esq.
*Attorney for the Co-Defendants*
*City of Buffalo and Buffalo Police*
65 Niagara Square, 11th Floor
Buffalo, NY 14202