# BARCLAY DAMON LLP

**Michael J. Murphy**
*Partner*

June 11, 2024

**VIA WDNYECF**

Hon. William M. Skretny
United States District Judge for Western District of New York
2 Niagara Square
Buffalo, New York 14202

      Re: <u>Carter, Myles v. Burgess, O'Bryan, Krywalski et al</u>
          Case No.: 1:21-cv-00954

Dear Judge Skretny,

    Please accept the following as the parties' joint written notice concerning the status of the mediation and consent as per the Court's Text order of May 7, 2024 (Dkt. 60).

    Counsel for the parties and the New York State Police participated in mediation with mediator Michael Menard on May 29, 2024. The case was not settled during that mediation session.

    The parties have scheduled a second mediation session for June 28, 2024 with mediator Menard.

    Mr. Menard filed his Mediation Certification on May 29, 2024 (Dkt. 61).

    Counsel for the parties have conferred with their clients and among one another regarding consent to trying the case before a Magistrate Judge. The parties do not consent to try the case before a Magistrate Judge.

Respectfully yours,

*Michael Murphy*
Michael J. Murphy

MJM/mko

cc: SIVIN, MILLER & ROCHE LLP
    David Roche, Esq.
    20 Vesey St., Suite 1400
    New York, New York 10007

    Anthony Duddy, Esq.
    65 Niagara Square, 11th Floor
    Buffalo, New York 14202

80 State Street  - Albany, New York 12207  barclaydamon.com
MJMurphy@barclaydamon.com  Direct: (518) 429-4209  Fax: (518) 427-3474

29227083.1