# SIVIN, MILLER & ROCHE LLP

Attorneys at Law
20 Vesey Street
Suite 1400
New York, New York 10007

**Glenn D. Miller**
**Edward Sivin***
**David Roche**
---------------

*also member of NJ Bar

**Phone: (212) 349-0300**
**Fax:   (212) 406-9462**

October 4, 2024

Hon. William M. Skretny
United States District Court
Western District of New York
2 Niagara Square,
Buffalo, NY 14202

                Re: Myles Carter v. The City of Buffalo et al.
                Case No. 21-cv-954 (WMS)(LGF)

Your Honor:

     Please accept this letter as a brief status report on the above-referenced matter. The extended discovery deadline has passed, and the parties are not requesting any additional extensions.

     Counsel for the parties have consulted with each other and are respectfully requesting some additional time to resume and complete the mediation process.

                Respectfully,

                */S/ David Roche*
                David Roche

Cc:    Michael Murphy, Esq. (via ECF)
        Anthony Duddy, Esq. (via ECF)