# *SIVIN, MILLER & ROCHE LLP*

Attorneys at Law
20 Vesey Street
Suite 1400
New York, New York 10007

**Glenn D. Miller**
**Edward Sivin\***
**David Roche**
---------------

\*also member of NJ Bar

**Phone: (212) 349-0300**
**Fax:   (212) 406-9462**

February 12, 2025

Hon. William M. Skretny
United States District Court
Western District of New York
2 Niagara Square,
Buffalo, NY 14202

       Re:  Myles Carter v. The City of Buffalo et al.
       Case No. 21-cv-954 (WMS)(LGF)

Your Honor:

  Pursuant to the Court's text order dated January 23, 2025 (Docket No. 73), please accept this joint status report on the above-referenced matter.

  The parties estimate that the length of the trial will be four to five days. Counsel are available to conduct the trial during the below listed weeks.

1. Week beginning June 9, 2025
2. Week beginning September 8, 2025
3. Week beginning September 15, 2025
4. Week beginning October 20, 2025
5. Week beginning October 27, 2025.

The parties do not all consent to proceeding before a magistrate judge. The Parties are continuing efforts to resolve the case through mediation.

         Respectfully,

         */S/ David Roche*
         David Roche

Cc: Michael Murphy, Esq. (via ECF)
   Anthony Duddy, Esq. (via ECF)