UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MYLES CARTER,

                          Plaintiff,

      -against-

                                                    21-cv-0954 (MAV)

THE CITY OF BUFFALO, ET AL.,
.
                          Defendants.
------------------------------------------------------------------X

**<u>PLAINTIFF'S STATEMENT OF SPECIAL DAMAGES</u>**

Plaintiff claims the following in special damages:

1. $2,000.00 to retain Criminal Defense Attorney Fritzgerald Tondreau to defend against the charges filed by the Buffalo Police Department.

2. $5,000.00 to retain Criminal Defense Attorney Frank LoTempio to defend against the charges filed by the New York State Police

Dated: December 19, 2025

                                                      <u>/s/ *David Roche*</u>
                                                      David Roche