UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

MYLES CARTER

                Plaintiff,

-against-

THE CITY OF BUFFALO, ET AL.

                Defendant.



21 Civ. 0954 (WMS) LGF

MOTION FOR ADMISSION

PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, BRENDAN CARROLL hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for PLAINTIFF MYLES CARTER in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of NEW YORK and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 12/23/2025

Respectfully Submitted,

Applicant Signature: [signature]
Applicant's Name: BRENDAN CARROLL
Firm Name: COUNCIL ON AMERICAN-ISLAMIC RELATIONS, NEW YORK
Address: 233 BROADWAY #820
City/State/Zip: NEW YORK, NY 10279
Telephone/Fax: 347-433-6876
Email: BCARROLL@CAIR.COM

NYSB
10/6/23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FILED
DEC 29 2025
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

IN THE MATTER OF THE APPLICATION OF

**BRENDAN CARROLL**
(Name of Petitioner)
TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING
AFFIDAVIT

STATE OF NEW YORK )
                   ) ss:
COUNTY OF New York )

Roch. David Thomas Roche 8/31/22

David Roche, being duly sworn deposes and says:
Name of Sponsor

1. I reside at: 471 Stratford Rd., Brooklyn, NY 11218
   City, State

and maintain an office for the practice of law at: 20 Vesey Street, New York, NY 10007

2. I am an attorney at law, admitted to practice in the Western District of New York, I was admitted to practice in the United States District Court for the Western District of New York on the 31st day of August, 2022.

3. I have known the petitioner since Fall 2025 and under the following circumstances: We have worked together in preparing for trial a federal civil rights lawsuit, Myles Carter v. City of Buffalo et al, 21-CV-0954.

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: Mr. Carroll is an attorney employed by the Council on American Islamic Relations, New York (CAIR-NY). I have worked with CAIR-NY since 2020. I have full confidence in Mr. Carroll's moral character + fitness to practice in this court.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: December 21, 2025
              Date

_____
Signature of Sponsoring Attorney

Rev. 1/3/2023

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

__BRENDAN CARROLL__
            (Name)

**TO BE ADMITTED TO PRACTICE AS AN ATTORNEY**

TO THE HONORABLE __MEREDITH A. VACCA__,
JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK:

__BRENDAN CARROLL__, petitioner herein, respectfully states:

1. That petitioner has an office for the practice of law at:

COUNCIL ON AMERICAN-ISLAMIC RELATIONS, NEW YORK
233 BROADWAY #820 NEW YORK, NY 10279

2. That petitioner attended the following educational institutions and received the following degrees:

JURIS DOCTOR, BENJAMIN N. CARDOZO SCHOOL OF LAW

3. Please complete either (a), (b), or ((c)): [c circled]

<u>Admission by Petition</u>

(a) That petitioner was admitted to practice by the Appellate Division of the Supreme Court, _____ Department of the State of

New York on the _____ day of _____, _____.

Additional Requirements:
  Admission Petition Form
  Admission Sponsoring Affidavit
  Attorney's Oath
  Civility Principles Oath
  Attorney Database and Electronic Case Filing Registration Form
  Check or money order in the amount of the Attorney Admission fee set forth in the District Court Schedule of Fees
    (due on upon admission)

<u>Admission by Certificate of Good Standing</u>

(b) That petitioner was admitted to practice in the United States District Court of the _____ District of _____

on the _____ day of _____, _____, and is a member of the bar of the State in which that district court is located and in which the petitioner maintains an office for the practice of law.

Additional Requirements:
  Original Certificate of Good Standing from the Clerk of Court of which he or she is a member
    (dated no earlier than six months prior to submission to this Court)
  Admission Petition Form (when attorney admitted to a District Court outside of New York State)
  Attorney's Oath
  Civility Principles Oath
  Attorney Database and Electronic Case Filing Registration Form
  Check or money order in the amount of the Attorney Admission fee set forth in the District Court Schedule of Fees
    (due on upon admission)

<u>Pro Hac Vice Admission</u>

(c) That petitioner is admitted to practice in the State of ___NEW YORK___.

Additional Requirements:
- ✓ Motion to Appear Pro Hac Vice
- ✓ Admission Petition Form
- ✓ Admission Sponsoring Affidavit
- ✓ Attorney's Oath
- ✓ Civility Principles Oath
- ✓ Attorney Database and Electronic Case Filing Registration Form

Check, <u>money order,</u> or payment of fee online in the amount of the Pro Hac Vice fee set forth in the District Court Schedule of Fees (due upon application) _enclosed_.

4. Petitioner is admitted to the following courts:

STATE OF NEW YORK; SOUTHERN DISTRICT OF NEW YORK; EASTERN DISTRICT OF NY

5. Since such admission(s), petitioner has practiced in the following courts:

SAME AS ABOVE

and has been involved in the following professional activities:

PRO BONO REPRESENTATION

6. Please respond separately to each of the following questions:

   (a) Have you ever been held in contempt of court? ◯ Yes ● No
   (b) Have you ever been sanctioned by a court? ◯ Yes ● No
   (c) Have you ever been publicly censured, admonished, advised, or cautioned in a disciplinary proceeding? ◯ Yes ● No
   (d) Have you ever been suspended or disbarred by any court? ◯ Yes ● No
   (e) Have you ever been denied admission or readmission to the Bar of any court? ◯ Yes ● No
   (f) Are you now the subject of any pending disciplinary proceeding OR the subject of any pending disciplinary complaint before any court? ◯ Yes ● No

In the case of each affirmative answer to a question set forth above, the applicant shall file a confidential statement under seal disclosing the identity of the responsible court or disciplinary committee, as well as the date, background, outcome and any facts of a mitigating or exculpatory nature as may be pertinent. Such confidential statement, together with the petition, shall promptly be transmitted by the Clerk to the Chief Judge of the District for review.

7. That petitioner has read and is familiar with the provisions of Title 28 of the United States Code which pertains to jurisdiction of and venue in a United States District Court, the Federal Rules of Civil and Criminal Procedures, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the Western District of New York, the Code of Professional Responsibility as adopted by the Appellate Division of the State of New York and as interpreted and applied by the United States Supreme Court, the United States Court of Appeals for the Second Circuit, and this Court.

**WHEREFORE**, the petitioner respectfully requests to be admitted as an attorney in the United States District Court for the Western District of New York.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: ___12/23/2025___
(Date)

_____
(Signature of Petitioner)

(Revised January 3, 2023)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## ATTORNEY'S OATH

STATE OF __NEW YORK__ )
                                              ) SS:
__NEW YORK__ COUNTY      )

I, __BRENDAN CARROLL__ of __NEW YORK, NY__
                                                                City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and according to law; and I will support the Constitution of the United States. So help me God.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: __12/23/2025__
                            Date

__[signature]__
Signature of Attorney

Rev. 1/3/2023

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

APPENDIX TO CIVILITY PRINCIPLES

OATH OF OFFICE

I do solemnly swear (or affirm):

I will support the Constitution of the United States and the Constitution of the State of New York; I will maintain the respect due to Courts of Justice and judicial officers;

I will not counsel or maintain any suit or proceeding which shall appear to me to be unjust nor any defense that I do not believe to be honestly debatable under the law of the land;

In maintaining the causes confided to me, I will employ only means that are honorable, and will never seek to mislead the judge or jury by an artifice or false statement of fact or law;

I will maintain the confidences and preserve inviolate the secrets of my client, and will accept compensation solely from the client or a third-party with the knowledge and approval of the client;

I will abstain from all offensive behavior and advance no fact prejudicial to the honor and reputation of a party or witness, unless my ethical duty requires;

I will in all other respects conduct myself personally and professionally in conformity with the high standards of conduct imposed upon members of the bar who practice law in this State and before this Court.

_____
(Signature)

# UNITED STATES DISTRICT COURT

# Western District of New York

### ATTORNEY DATABASE & ELECTRONIC CASE FILING REGISTRATION FORM

The Clerk's Office maintains a database of attorneys admitted in the District. To ensure the data we enter for you is correct, please fill out the form below and submit it with your other papers when you are admitted. Our local rules require you to report changes to your name, firm affiliation, office address, email, and/or phone number within 30 days.

This form shall also be used to register for an account on the Courts' Case Management/Electronic Files (CM/ECF) system. Registered attorneys will have privileges to electronically submit and to view the electronic docket sheets and documents. By registering, attorneys consent to receiving electronic notice of filings through the system. The following information is required for registration.

Instructions: PLEASE TYPE OR PRINT. If you use two surnames or have a hyphenated surname, please indicate how you would like the name entered into our records, i.e., first surname as middle name, both surnames in last name field, etc.

Check One: __X__ New Registration     _____ Update Address/Email/Phone

First Name: __BRENDAN__

Middle Name or Initial: __S__

Last Name: __CARROLL__

Firm Name: __COUNCIL ON AMERICAN-ISLAMIC RELATIONS, NEW YORK__

Firm Address: __233 BROADWAY__

Suite: __#820__

City: __NEW YORK__     State: __NY__     Zip: __10279-__

Phone Number: __347-433-6876__     FAX Number: __-__-__

Primary E-Mail Address: __BCARROLL@CAIR.COM__

Additional E-Mail Address(es) to receive notices: _____

Page 1 of 2

Attorneys seeking to file documents electronically must be admitted to practice in the United States District Court for the Western District of New York.

Method of Admission: __PRO HAC VICE__
(Petition, Certificate of Good Standing, *pro hac vice*)

Date admitted to practice in this Court: __PENDING__
(write "pending" if admission is pending)

If admitted pro hac vice:
Date motion for pro hac vice granted: __N/A__ in case number: __21-CV-0954__

Government attorneys do not need to seek admission. United States Attorneys, Assistant United States Attorneys, special attorneys appointed under 28 U.S.C. §§ 515 and 543, Federal Public Defenders, Assistant Federal Public Defenders, and any attorney employed by a federal agency, may practice before this Court on any matter within the scope of their employment by submitting to the Clerk of Court this Electronic Case Filing Registration Form and filing a notice of appearance as required by Local Rule of Civil Procedure 83.2(b).

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) via the Court's electronic filing system. The combination of user id and password will serve as the signature of the attorney filing the documents.

Attorneys must protect the security of their passwords and immediately notify PACER and the court if they learn that their password has been compromised.

_____    __12/29/2025__
Signature of Registrant            Date

Please note that this form is required to be completed by any attorneys seeking to be admitted to this District and submitted with the admission application. If you have been previously admitted to practice in this court and need to update your contact information or are a government attorney submitting this registration to request an account or, you may email the form to CMECF_Support@nywd.uscourts.gov, or mail it to the following address:

Mary C. Loewenguth
United States District Court
Attn: CM/ECF Registration
2 Niagara Square
Buffalo, New York 14202

Form updated 1/3/2023

CAIR-NY
233 Broadway #820
New York, NY 10279

ATTN: Attorney Admission
Clerk, U.S. District Court
100 State Street
Rochester, NY 14614

Retail

U.S. POSTAGE PAID
FCM LETTER
NEW YORK, NY 10040
DEC 23, 2025
$1.07
S2324N500771-19

RDC 99

14614

DEC 29 2025 ROCHESTER WDNY