# SIVIN, MILLER & ROCHE LLP

Attorneys at Law
20 Vesey Street
Suite 1400
New York, New York 10007

**Glenn D. Miller**
**Edward Sivin***
**David Roche**
---------------
**Duane Blackman**

*also member of NJ Bar

Phone: (212) 349-0300
Fax:   (212) 406-9462

December 30, 2025

Hon. Meredith A. Vacca
United States District Court
Western District of New York

**Via ECF**

        Re:    Myles Carter v. City of Buffalo et al.
              21-cv-0954 (MAV)

Dear Judge Vacca

The undersigned represents Plaintiff in the above matter. I write to respectfully request permission to attend the January 5, 2026 pre-trial conference virtually as my office is located over 300 miles from the courthouse.

Thank you for your consideration.

                        Respectfully submitted,

                        */s/ David Roche*
                        David Roche

Cc: All counsel, via ECF