

**CITY OF BUFFALO**

DEPARTMENT OF LAW



CHRISTOPHER P. SCANLON
MAYOR

ROBERT E. QUINN
ACTING CORPORATION COUNSEL

December 31, 2025

<u>VIA ECF</u>
Hon. Meredith A. Vacca
United States District Court
Western District of New York

    Re:    *Carter v. City of Buffalo, et al.*
             Case No. 21-cv-0954

Your Honor,

    The City of Buffalo Co-Defendants would like to join in with Plaintiff's request to appear remotely at the upcoming Pre-Trial in this matter scheduled for Monday, January 5, 2026.

    Respectfully,

    */s/ Anthony C. Duddy, Esq.*

Cc: All counsel, via ECF