# BARCLAY DAMON LLP

**Michael J. Murphy**
*Partner*

December 31, 2025

**VIA ELECTRONIC ECF**

Hon. Meredith A. Vacca
United States District Court
Western District of New York

        Re:    Carter, Myles v. Burgess, O'Bryan, Krywalski et al
                Case No. 21-cv-0954

Dear Judge Vacca:

    We are in receipt of Mr. Roche's letter dated December 30, 2025 requesting permission to attend the January 5, 2026 pre-trial conference virtually. Our office would like to also request to attend the pre-trial conference virtually.

    Thank you for your consideration.

                                Respectfully submitted,

                                */s/ Michael J. Murphy*

                                Michael J. Murphy

MJM:mko

cc:    All counsel via ECF

80 State Street - Albany, New York 12207  barclaydamon.com
MJMurphy@barclaydamon.com  Direct: (518) 429-4209  Fax: (518) 427-3474

33016073.1